# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **BONNIE RAMSDELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.   1:11-cv-00398-GZS |
| ) | |
| **AETNA LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 31) filed July 31, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

(1) That the Motion for Summary Judgment (ECF No. 27) of Defendant Aetna Life Insurance Company is **GRANTED**.

(2) That Plaintiff's Motion for Judgment on the Record for Judicial Review (ECF No. 26) is **DENIED**.

  _/s/ George Z. Singal___
  United States District Judge

Dated this 20th day of August, 2012.